1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

JOSE NEFTALI CRUZ-VALDEZ,

                Defendant-Petitioner,

  v.

UNITED STATES OF AMERICA,

                Respondent.

CASE NO. 11-CV-2011 W
           11-CR-1559 W

**ORDER DENYING
PETITION FOR WRIT OF
HABEAS CORPUS [DOC. 23]**

     Pending before the Court is Petitioner Jose Neftali Cruz-Valdez's Motion for Time Reduction by an Inmate in Federal Custody Under 28 U.S.C. § 2255 (the "Petition" [Doc. 23]). Petitioner is proceeding pro se. Respondent United States of America ("Respondent") opposes. Petitioner did not file a response.

     The Court has reviewed the Petition and Respondent's Opposition, as well as the relevant docket records. The record establishes that on May 27, 2011, Petitioner entered into a fast-track Plea Agreement, and waived both his right to appeal and collaterally attack his conviction and sentence. (*Plea Agreement* [Doc. 14] ¶ 11.) The Petition does not raise any challenge to the validity of that waiver. Additionally, having reviewed the Plea Agreement, the Court finds that Petitioner knowingly and voluntarily

1  waived his right to appeal and collaterally attack his sentence.  This Court, therefore,

2  lacks jurisdiction to consider any collateral challenge to his conviction and sentence.

3  See Washington v. Lampert, 422 F.3d 864 F.3d 864, 869–70 (9th Cir. 2005)

4  (recognizing that if sentencing stipulation's waiver of the right to file a federal habeas

5  petition was valid, district court lacked jurisdiction to hear the case).

6        Accordingly, the Court **DENIES** the Petition [Doc. 23].

7        **IT IS SO ORDERED.**

8

9  **DATED:  April 11, 2013**

10

11                        **Hon. Thomas J. Whelan**

12                        **United States District Judge**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28